Alan F. Kaufman
McKENNA LONG & ALDRIDGE LLP
230 Park Avenue
Suite 1700
New York NY 10169
Tel.: (212) 905-8300
Fax: (212) 922-1819
akaufman@mckennalong.com

Of Counsel:
Gaspare Bono
Song Jung
Adrian Mollo
McKENNA LONG & ALDRIDGE LLP
1900 K Street NW
Washington, DC 20006-1108
Tel.:  (202) 496-7500
Fax:  (202) 496-7756

*Attorneys for Defendant LG Display Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAI NIPPON PRINTING CO., LTD. and DNP COLOR TECHNO KAMEYAMA CO., LTD.,<br><br>*Plaintiffs,*<br><br>v.<br><br>ADVANCED TECHNOLOGY INCUBATOR, INC. and LG DISPLAY CO., LTD.,<br><br>*Defendants.* | CIVIL ACTION NO.: 2:08-cv-5515-JAG-MCA<br><br><br>*Electronically filed* |

---

**NOTICE OF DEFENDANT LG DISPLAY CO., LTD.'S MOTION TO DISMISS**

---

PLEASE TAKE NOTICE that, on May 18, 2009, or as soon thereafter as counsel may be heard, Defendant LG Display Co., Ltd. ("LG Display") will move before the Honorable Joseph A. Greenaway, Jr., U.S.D.J., at the United States District Court for the District of New Jersey, Newark, New Jersey, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), to dismiss this action brought by Plaintiffs Dai Nippon Printing Co., Ltd., and DNP Color Techno Kameyama Co., Ltd..

PLEASE TAKE FURTHER NOTICE that, in support of this Motion to Dismiss, LG Display is submitting: Memorandum of Law in Support of the Motion, containing legal authorities and argument; Declaration of Joo Sup Kim dated April 17, 2009; Declaration of Alan F. Kaufman dated April 17, 2009 with exhibits; and a Certificate of Service.

PLEASE TAKE FURTHER NOTICE that LG Display is submitting a proposed form of Order.

Dated:  April 17, 2009

McKENNA LONG & ALDRIDGE LLP

By: _____
    Alan F. Kaufman

230 Park Avenue
Suite 1700
New York, NY 10169
Tel.:  (212) 905-8300
Fax:  (212) 922-1819
akaufman@mckennalong.com

Of Counsel:
Gaspare Bono
Song Jung
Adrian Mollo
MCKENNA LONG & ALDRIDGE LLP
1900 K Street NW
Washington, DC 20006-1108
Tel.:  (202) 496-7500
Fax:  (202) 496-7756

*Attorneys for Defendant LG Display Co., Ltd.*